FILED

04/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0051

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0051

IN RE THE MARRIAGE OF

SUSAN RAE WILLIAMS,

      Petitioner and Appellee,

  and

JERRY MAX WILLIAMS

      Respondent and Appellant.

---

## ORDER ON SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

Appeal from Cause No. DR 10-58 in the Sixth Judicial District Court of Montana, Park County, Judge Brenda Gilbert

| | |
|---|---|
| Karl Knuchel<br>Karl Knuchel, P.C.<br>101 North E Street, P.O. Box 953<br>Livingston, MT  59047<br>(406) 222-0135<br>karl@knuchelpc.com | *Counsel for Respondent*<br><br>*and Appellant* |
| Katie Green<br>Poore, Roth & Robinson, P.C.<br>1341 Harrison Avenue<br>Butte, MT 59701<br>(406)497-1200<br>kcg@prrlaw.com | *Counsel for Petitioner and*<br><br>*Appellee* |

1

UPON review of the unopposed motion for extension of time to file opening brief filed by counsel for the Respondent / Appellant herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellant's opening brief is extended to the 11th of May, 2020.

DATED this ___ day of _____, 2020.

_____
JUSTICE OF THE SUPREME
COURT OF MONTANA

cc:     Karl Knuchel
        Katie Green